UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>EDGAR GONZALEZ,<br><br>                    Defendant. | Case No. CR16-287JLR<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1)     Defendant has been charged by indictment with conspiracy to distribute controlled substances. This case is eligible for a detention order because this case involves a drug offense with a maximum sentence of ten years or more and there is serious risk the defendant will flee. Defendant has a pending matter in Skagit County Superior Court with a charge of controlled substance violation – amphetamine/methamphetamine. The Court received

DETENTION ORDER - 1

information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and substance use.  The defendant through his attorney presented the Declaration of Oscar Torres and made argument as to release, lodged an objection to the contents of the United States Probation and Pretrial report concerning the firearm found with the defendant.

It is therefore **ORDERED**:

(1)   Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)   Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)   On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)   The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of November, 2016.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 2